CHRISTINE M. EMANUELSON, ESQ.
Nevada Bar No. 10143
TOM LARMORE, ESQ.
Nevada Bar No. 7415
**HINES CARDER LLP**
170 S. Green Valley Pkwy, Suite 300
Henderson, Nevada 89012
Tel.: (702) 933-7829
Fax: (702) 974-1709

MARC S. HINES, *Admitted Pro Hac Vice*
California State Bar No. 140065
**HINES CARDER**
3090 Bristol Street, Suite 300
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 242-9529
mhines@hinescarder.com

Attorneys for Defendants,
Nationwide Insurance Company of America and
Allied Insurance Company of America

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEANETTE SCHNEIDER<br><br>         Plaintiff,<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, a foreign corporation; ALLIED INSURANCE COMPANY OF AMERICA, a foreign corporation; DOE CORPORATIONS 1 through 10, inclusive,<br><br>         Defendants. | CASE NO.  2:13-cv-02045-JAD-PAL<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

///

///

///

///

///

///

1
ORDER DISMISSING ACTION WITH PREJUDICE

1  **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the settlement reached between the parties, the above-referenced action is hereby dismissed in its entirety with prejudice.

Each party shall bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: _____June 24_____, 2014

By _____
JENNIFER A. DORSEY
United States District Judge